U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

DEC 15 2008

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LUANA M. MARAVI, as a natural tutrix of her minor child, AARON B. SMITH | : | DOCKET NO. 2:05 CV 1917 |
| VS. | : | JUDGE MINALDI |
| UNITED STATES OF AMERICA | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

The plaintiff, Luana M. Maravi brought this suit as natural tutrix of her minor child, Aaron B. Smith, pursuant to pursuant to the Federal Tort Claims Act (hereinafter "FTCA"), 28 U.S.C. § 2671, *et seq.*, against the United States of America. This Court presided over a bench trial commencing on October 27, 2008.

For the reasons stated in the accompanying Opinion,

IT IS ORDERED that Judgment be entered in favor of the United States and against Ms. Maravi.

Lake Charles, Louisiana, this __13__ day of December, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE